# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 10, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Hunter, Janelle Marie | Docket No. | 2:20CR00081-TOR-2 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Janelle Marie Hunter, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 3rd day of August 2020, under the following conditions:

**Additional Condition #31:** Other: Defendant is to have no direct or indirect contact or communication of any sort at any time with codefendant, Allen Fullerton.  Mr. Fullerton is currently undergoing treatment at the same facility in the men's program.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Ms. Hunter is alleged to have violated her pretrial supervision by communicating with codefendant, Allen Fullerton, while both were attending the same inpatient substance abuse treatment program.

On August 6, 2020, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Hunter.  Ms. Hunter acknowledged an understanding of the conditions, which included additional condition number 31.

On September 1, 2020, staff from Pioneer Center East (PCE) contacted the undersigned officer to advise that Ms. Hunter and codefendant, Allen Fullerton, had been communicating.  The undersigned officer spoke with Ms. Hunter.  She stated Mr. Fullerton had sent her a letter while in treatment and she responded by writing a letter to Mr. Fullerton.

The undersigned officer reminded Ms. Hunter of her condition prohibiting any communication with Mr. Fullerton.  Ms. Hunter confirmed she understood the expectation.  She stated if Mr. Fullerton attempted to communicate with her in the future she would notify staff members at PCE in an effort to stop Mr. Fullerton from communicating with her.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: September 10, 2020 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

Re: **Hunter, Janelle Marie**
**September 10, 2020**
**Page 2**


THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_____September 10, 2020_____
Date