FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 09, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JANELLE MARIE HUNTER,<br><br>Defendant. | No. 2:20-CR-00081-TOR-2<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 54)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 54**. Defendant recites in her motion that neither the United States nor U.S. Probation oppose this request.

Specifically, Defendant is requesting to travel to Northern Idaho for one day to attend a family function.

**IT IS ORDERED**, Defendant's Motion, **ECF No. 54**, is **GRANTED**. Defendant is permitted to travel to Silverwood Theme Park in Northern Idaho for one day *not overnight* subject to prior approval from her supervising probation officer. Prior to departure Defendant shall provide a phone number where she can be contacted at any time.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED October 9, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1